MIDLAND / ODESSA

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

ZIP 78701 $ 000.40
02 1W
0001401603 MAY 22. 2015.

NEED S.O. # / D.O.B.

S.O. # DOES NOT
MATCH NAME

2015 JUN -1

RE: WR-82,009-02

JAVIER URIAS

- TDC # 1773706

Return to Sender
Attempted - Not Known
Unable to Forward
Insufficient Address
No such Number
No such office in state
Do not remail in th

ADDRESS CHECKED
Refused



P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

COURT OF CRIMINAL APPEALS
OF TEXAS